———————————

No. 95-3718EA

———————————

Teresa M. Dixon,                         *
                                         *
            Appellant,                   *
                                         *   Appeal from the United States
     v.                                  *   District Court for the Eastern
                                         *   District of Arkansas.
Borg-Warner Automotive                   *
Electronics & Mechanical System          *   [UNPUBLISHED]
Corporation,                             *
                                         *
            Appellee.                    *

———————————

Submitted:  May 17, 1996

Filed:  May 22, 1996

———————————

Before McMILLIAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

———————————

PER CURIAM.

        Teresa M. Dixon appeals the adverse grant of summary judgment by the
district court in favor of Dixon's employer in this sexual harassment
action.  Having carefully reviewed the record and the parties' briefs, we
conclude the judgment of the district court was correct and an extended
discussion is not warranted.  Accordingly, we affirm.  See 8th Cir. R. 47B.

        A true copy.

            Attest:

                CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.